■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN SCOTT, Appellant. [793 NYS2d 761]—Judgment, Supreme Court, New York County (Roger S. Hayes, J.), rendered December 18, 2003, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fourth degree, and sentencing him to a term of 3 to 6 years, unanimously affirmed.

Defendant knowingly and intelligently waived his right to appeal, and this waiver forecloses his present claim (*see People v Hidalgo*, 91 NY2d 733 [1998]). Concur—Buckley, P.J., Mazzarelli, Andrias, Saxe and Friedman, JJ.